AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

FIRST      DISTRICT OF      MASSACHUSETTS

**UNITED STATES**

    V.

**MICHAEL CECCHETELLI**

**APPEARANCE**

Case Number: 05-30030-MAP

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case     United States of America

I certify that I am admitted to practice in this court.

June 6, 2005
Date

Signature

PAUL H. SMYTH     634600
Print Name     Bar

1550 MAIN STREET, SUITE 310
Address

SPRINGFIELD,     MA     01103
City     State     Zip Code

413-785-0235     413-785-0394
Phone Number     Fax

# UNITED STATES DISTRICT COURT

__FIRST__          DISTRICT OF          __MASSACHUSETTS__

**UNITED STATES**

  V.

**CHARLES ANDREW HOWARD**

**APPEARANCE**

Case Number: 05-30030

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case   United States of America

I certify that I am admitted to practice in this court.

__June 9, 2005__
Date

Signature

__PAUL H. SMYTH__         __634600__
Print Name                Bar

__1550 MAIN STREET, SUITE 310__
Address

__SPRINGFIELD,__   __MA__   __01103__
City              State   Zip Code

__413-785-0235__   __413-785-0394__
Phone Number       Fax