AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

CHARLES HOWARD

**WARRANT FOR ARREST**

SEALED

CASE NUMBER: 05-30030 MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Charles Howard
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to deal in firearms without a license, possession of a firearm and ammunition by a convicted felon

in violation of
Title  18  United States Code, Section(s)  371; 922(a)(1); 922(g)(1)

Kenneth P. Neiman                                    United States Magistrate Judge
Name of Issuing Officer                              Title of Issuing Officer

Signature of Issuing Officer                         Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _Ludlow, Massachusetts_

| DATE RECEIVED 6/9/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6/15/05 | SFD Donald Brown | [signature] |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Charles Howard

ALIAS:

LAST KNOWN RESIDENCE: 82 Bay Meadow Road, Springfield, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1972

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 1147

HEIGHT:                                              WEIGHT:

SEX:    Male                                         RACE:    Black

HAIR:                                                EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: