UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.: 05-30030-MAP

UNITED STATES OF AMERICA,

v.

CHARLES A. HOWARD

**NOTICE OF APPEARANCE FOR THE DEFENDANT,
CHARLES A. HOWARD**

*TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:*

Please enter my appearance as counsel for the defendant in the above-referenced, Charles A. Howard.

Dated: June 16, 2005

THE DEFENDANT,
CHARLES A. HOWARD,

By: /s/ Mark J. Albano
Mark J. Albano, Esq.
DALSEY, FERRARA & ALBANO
73 State Street, Suite 101
Springfield, MA 01103
Tel. No.: (413) 736-6971
Fax No.: (413) 746-9224
Email: malbano@dalsey-ferrara.com
B.B.O. No.: 013860

1

## CERTIFICATE OF SERVICE

I, Mark J. Albano, Esq., hereby certify that a copy of the foregoing document was served upon the following person(s) via first class mail, on this the 16th day of June, 2005:

Todd E. Newhouse, Assistant U.S. Attorney
Paul Hart Smyth, Assistant U.S. Attorney
U.S. Department of Justice
FEDERAL BUILDING and COURTHOUSE
1550 Main Street, Room 310
Springfield, MA 01103

Linda J. Thompson, Esq.
THOMPSON & THOMPSON, P.C.
1331 Main Street
Springfield, MA 01103

Toland K. Gladden, U.S. Probation Office
UNITED STATES DISTRICT COURT
Probation Department
1550 Main Street, Room 212
Springfield, MA 01103

Mark J. Albano, Esq.