UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                      Criminal Action No. _O5 - 30030 - MAP_

_Charles Howard, et al_

## NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, _Charles Howard_

☒    states that no waiver will be filed and requests that the government provide

automatic discovery in accordance with LR 116.1(C).

☐    waives the automatic disclosure of discovery material pursuant to Local Rule

116.1(B).  Discovery will be obtained directly through the provisions of the

Federal Rules of Criminal Procedure in the manner provided under Local Rule

116.3.

If no election is made, automatic discovery will be conducted pursuant to the

Local Rules.

_June 16, 2005_                         _[signature]_
Date                                    Attorney for the Defendant

## Certificate of Service

I hereby certify that on _June 16, 2005_, I served a copy of this
document via mail/in-hand upon counsel for the Government.

_[signature]_
Attorney for Defendant