UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                      ) | CRIMINAL NO. 05-cr-30030-MAP |
| ) | |
| ) | |
| MICHAEL CECCHETELLI,    ) | |
|     and                 ) | |
| CHARLES HOWARD,         ) | |
|     Defendants.         ) | |

THE GOVERNMENT'S AND THE DEFENDANT'S STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Attorney Linda Thompson, counsel for Michael Cecchetelli, and Attorney Mark Albano, Attorney for Charles Howard, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1. The parties agree that this is not a complex case and therefore relief from the timing requirements imposed by Local Rule 116.3 is unnecessary.

2. The government has provided or made available a significant portion of the automatic discovery due to the defendants pursuant to Fed.R.Crim.P. 16.1 (C) and 116.2 of the Local Rules of the United States. Additional discovery will be provided to counsel upon receipt of the discovery by the undersigned U.S. Attorney. For example, the FBI is in the process of copying numerous consensual recording made during this

investigation. The government will forward the recordings relevant to the above-captioned case upon receipt from the FBI. The government has requested reciprocal discovery pursuant to Fed.R.Crim.P. 16(B)(1)(C).

    3.    The parties agree that it is premature for a motion date to be established under Fed.R.Crim.P. 12(c).

    4.    The parties agree that the time from the Defendants initial appearance, June 15, 2005, through the initial status date, August 4, 2005 is excludable from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3). With respect to Defendant Cecchetelli, the time from his initial appearance through June 28, 2005 should be deemed waived due to the open motions concerning pretrial detention. In addition, this case involves audio and video recordings of which neither counsel has had the opportunity to show to their respective Defendants. Accordingly, the government requests that the Court issue an order indicating that the time from initial appearance to the present is excludable pursuant to Local Rule 112.2(B).

    5.    The parties are unclear at present whether this case will be resolved pursuant to a trial or a change of plea.

    6.    The parties agree that it is premature to establish a final status conference at this time.

    7. The undersigned Assistant U.S. Attorney faxed this report to counsel on August 2, 2005.

```
                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

              By:   /s/ Paul Hart Smyth
                    _____
                    Paul Hart Smyth
                    Assistant U.S. Attorney



                    _____
                    Mark Albano, Esq.
                    Counsel for Charles Howard



                    Linda Thompson, Esq.
                    Counsel for Michael Cecchetelli
```