UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.    )<br>)<br>)<br>MICHAEL CECCHETELLI,   )<br>and     )<br>CHARLES HOWARD,    )<br>Defendants.    ) | CRIMINAL NO. 05-30030-MAP |

THE GOVERNMENT'S AND THE DEFENDANTS' STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, Attorney Linda Thompson, counsel for Michael Cecchetelli, and Attorney Mark Albano, counsel for Charles Howard hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

   1.   The Government has provided or made available all of its discoverable information.

   2.   Attorney Albano is satisfied with the Government's discovery response.  Attorney Thompson is not satisfied with the Government's discovery response.  The parties expect future filings with respect to Defendant Cecchetelli's disputed discovery request.

   3.   It is unclear whether the parties intend to raise a defense of insanity or public authority.

   4.   The government has requested notice of alibi by the

defendants and there has been no response by the Defendant.

    5.    The Defendant has not yet filed but may file, a motion to dismiss, or suppress, or other motion requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

    6.    The parties request this Court to set a date for a further status.  Attorney Thompson has experienced technical difficulties in accessing the DVD recording provided by the government, and we are in the process of determining whether the DVD is defective, or Attorney Thompson's computer system is incapable of playing the DVD.  Attorney Thompson needs time to review the discovery with Defendant Cecchetelli.  The Government and Attorney Albano also request this court exclude the delay from August 2, 2005 through the next hearing date (to be scheduled on October 7, 2005) from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3).

    7.    Attorney Albano and I have conducted preliminary plea discussions.  Presently, Defendant Howard appears inclined to change his plea to guilty.  It is premature to notify the Court as to whether either Defendant Cecchetelli will decide to change their plea.

    8.    In the event that a trial is necessary the trial will last approximately 5 days.

    9.    A date convenient with the Court should be established

for a further status conference.

Filed this 6th day of October, 2005.

                                       Respectfully submitted,

                                       MICHAEL J. SULLIVAN
                                       United States Attorney

                          By:  /s/ Paul Hart Smyth
                                     _____
                                       Paul Hart Smyth
                                       Assistant U.S. Attorney


                                       _____

                                       Attorney Linda Thompson
                                       Counsel for Michael
                                       Cecchetelli


                                       _____

                                       Attorney Mark Albano
                                       Counsel for Charles Howard

Case 3:05-cr-30030-MAP   Document 32   Filed 10/06/2005   Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>MICHAEL CECCHETELLI, )<br>and )<br>CHARLES HOWARD, )<br>Defendants. ) | CRIMINAL NO. 05-30030-MAP |

THE GOVERNMENT'S AND THE DEFENDANTS' STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, Attorney Linda Thompson, counsel for Michael Cecchetelli, and Attorney Mark Albano, counsel for Charles Howard hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1. The Government has provided or made available all of its discoverable information. *The record of 10-07-05 reflects Defendant Cecchetelli's disagreement with this assertion. /s/ JT 10-07-05

2. Attorney Albano is satisfied with the Government's discovery response. Attorney Thompson is not satisfied with the Government's discovery response. The parties expect future filings with respect to Defendant Cecchetelli's disputed discovery request.

3. It is unclear whether the parties intend to raise a defense of insanity or public authority.

4. The government has requested notice of alibi by the

defendants and there has been no response by the Defendant.

5. The Defendant has not yet filed but may file, a motion to dismiss, or suppress, or other motion requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

6. The parties request this Court to set a date for a further status. Attorney Thompson has experienced technical difficulties in accessing the DVD recording provided by the government, and we are in the process of determining whether the DVD is defective, or Attorney Thompson's computer system is incapable of playing the DVD. Attorney Thompson needs time to review the discovery with Defendant Cecchetelli. The Government and Attorney Albano also request this court exclude the delay from August 2, 2005 through the next hearing date (to be scheduled on October 7, 2005) from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3).

7. Attorney Albano and I have conducted preliminary plea discussions. Presently, Defendant Howard appears inclined to change his plea to guilty. It is premature to notify the Court as to whether either Defendant Cecchetelli will decide to change their plea.

8. In the event that a trial is necessary the trial will last approximately 5 days.

9. A date convenient with the Court should be established

Case 3:05-cr-30030-MAP    Document 32    Filed 10/06/2005    Page 3 of 3

for a further status conference.

    Filed this 6th day of October, 2005.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

            By:   /s/ Paul Hart Smyth
                        _____
                        Paul Hart Smyth
                        Assistant U.S. Attorney


_____ 10/07/05
Attorney Linda Thompson
Counsel for Michael
Cecchetelli


_____ 10/7/05
Attorney Mark Albano
Counsel for Charles Howard