UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.   )<br>)<br>)<br>MICHAEL CECCHETELLI and )<br>CHARLES HOWARD, )<br>    Defendants   ) | Criminal No. 05-30030-MAP |

INTERIM SCHEDULING ORDER
October 7, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1. Any discovery request letters shall be sent and filed by October 28, 2005. See LR 116.3(A) and (H).

2. Any responses to discovery request letters shall be sent and filed within fourteen days of receipt of the discovery request letters(s) referred to in Paragraph 1 above *or* on or before November 14, 2005, *whichever date shall first occur.* See LR 116.3(A).

3. An interim status conference will be held on November 21, 2005, at 1:30 p.m. in Courtroom III.

4. On or before the close of business, November 19, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

                                    /s/  Kenneth P. Neiman
                                    KENNETH P. NEIMAN

U.S. Magistrate Judge