UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>)<br>v.                                         )<br>)<br>)<br>MICHAEL CECCHETELLI and    )<br>CHARLES HOWARD,              )<br>         Defendants          ) | Criminal No. 05-30030-MAP |

STATUS REPORT
October 7, 2005

NEIMAN, U.S.M.J.

The court held a Status Conference this day pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a Status Conference for November 21, 2005.

3. The parties -- and the court -- have agreed and determined that no time will have run on the Speedy Trial Clock as of November 21, 2005. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge