UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
                              )
        v.                    )   CRIMINAL NO. 05-30030-MAP
                              )
                              )
MICHAEL CECCHETELLI,          )
and                           )
CHARLES HOWARD,               )
Defendants.                   )

   THE GOVERNMENT'S MOTION TO EXTEND THE TIME FOR FILING ITS
   RESPONSE TO DEFENDANT CECCHETELLI'S REQUEST FOR DISCOVERY

   The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests this Court to enlarge the time for filing the Government's response to Defendant Cecchetelli's Motion for Exculpatory Evidence from November 21, 2005 to November 28, 2005.

   In support of this motion, the Government states the following:

   1.  The undersigned assistant U.S. Attorney's competing caseload has prevented the government's response by November 21, 2005.  In addition, the agents who will assist the undersigned assistant U.S. Attorney have been very busy with their respective investigations from November 10, 2005 through November 18, 2005.

Filed this 17th day of November, 2005.

                                 Respectfully submitted,

                                 MICHAEL J. SULLIVAN
                                 United States Attorney

                      By:  /s/ Paul Hart Smyth
                                 _____
                                 Paul Hart Smyth
                                 Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

Hampden, ss.                                Springfield,
                                            Massachusetts
                                            November 17, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing to Attorney Linda Thompson, by facsimile and first class mail to 1331 Main Street, Springfield, MA

                                    /s/ Paul Hart Smyth
                                    Paul Hart Smyth
                                    Assistant U.S. Attorney