```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
         v.                 )    CRIMINAL NO. 05-cr-30030-MAP
                            )
MICHAEL CECCHETELLI,        )
and                         )
CHARLES HOWARD              )
     Defendants.            )
                            )
```

## MOTION FOR A CONTINUANCE
### (Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts respectfully requests this Court to continue this case for a further status date until a date convenient for the Court.

In support of this motion the government states that on November 16, 2005, this Court allowed the Government's Motion for Extension of Time to November 28, 2005 (Dkt. #40) to respond to the Defendant Cecchetelli's discovery requests (Dkt. #39). The status date should be continued to a date beyond November 28, 2005 in order to allow this Court to address the open discovery matters. Attorney Linda Thompson and Attorney Mark Albano have assented to this motion.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                        By:   /s/ Paul Hart Smyth
                              _____
                              Paul Hart Smyth
                              Assistant U.S. Attorney
```