UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
    )
    )
    )
    v.    )    Criminal No. 05-30030-MAP
    )
    )
MICHAEL CECCHETELLI and    )
CHARLES HOWARD,    )
    Defendants    )


INTERIM SCHEDULING ORDER
December 2, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference on December 1, 2005:

1.    A final conference will be held on January 6, 2006, at 1:30 p.m. in Courtroom III.

2.    On or before the close of business, January 4, 2006, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

There shall be no further extensions.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge

2