UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>)<br>v.                                                         )<br>)<br>)<br>MICHAEL CECCHETELLI and           )<br>CHARLES HOWARD,                       )<br>            Defendants                           ) | Criminal No. 05-30030-MAP |

INTERIM STATUS REPORT
December 2, 2005

NEIMAN, U.S.M.J.

The court held an interim Status Conference on December 1, 2005, pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a final Status Conference for January 6, 2006.

3. The parties -- and the court -- have agreed and determined for the reasons set forth in the parties' joint statement that no time will have run on the Speedy Trial Clock from November 21, 2005, through December 21, 2005. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

                                                    /s/   Kenneth P. Neiman
                                                    KENNETH P. NEIMAN
                                                    U.S. Magistrate Judge