UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                                    )<br>)<br>)<br>MICHAEL CECCHETELLI and     )<br>CHARLES HOWARD,                )<br>         Defendants                       ) | Criminal No. 05-30030-MAP |

INTERIM SCHEDULING ORDER
January 6, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1. Defendants shall file any remaining discovery motions by January 23, 2006, to which the Government shall respond by February 6, 2006.

2. The final conference has been continued to February 10, 2006, at 2:00 p.m. in Courtroom III.

3. On or before the close of business, February 8, 2006, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge