UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.    )<br>)<br>)<br>MICHAEL CECCHETELLI and )<br>CHARLES HOWARD,    )<br>            Defendants    ) | Criminal No. 05-30030-MAP |

INTERIM STATUS REPORT
January 6, 2006

NEIMAN, U.S.M.J.

The court held a Status Conference this day pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has continued the final Status Conference to February 10, 2006.

3. There are no other matters to report relevant to the progress or resolution of the case.

             /s/   Kenneth P. Neiman
             KENNETH P. NEIMAN
             U.S. Magistrate Judge