UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-30030-MAP |
| ) | |
| ) | |
| MICHAEL CECCHETELLI, ) | |
| and ) | |
| CHARLES HOWARD, ) | |
| Defendants. ) | |

**THE GOVERNMENT'S AND THE DEFENDANTS' STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(C)**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, Attorney Linda Thompson, counsel for Michael Cecchetelli, and, Attorney Mark Albano, counsel for Charles Howard, hereby submit the following status report pursuant to Local Rule 116.5(C) and Magistrate Judge Neiman's written orders.

1. The Government has provided or made available all of its discoverable information. There are no outstanding discovery requests from either Defendant.

2. The Defendants do not intend to raise a defense of insanity or public authority.

3. The Defendants do not intend to offer an alibi as a defense to the indictment.

4. The Defendants have not yet filed but may file, a motion to dismiss, or suppress, or other motion requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

5. According the Attorney Albano, Defendant Howard is seriously considering a change of plea. Defendant Cecchetelli is presently uncertain at as to whether he will change his plea.

6. In the event that a trial is necessary the trial will last approximately 5 days.

7. As of February 10, 2006, no time has run on the Speedy Trial Clock.

8. Defendant Cecchetelli respectfully requests a further final status date due to his need to thoroughly review the government's discovery.

Filed this 10th day of February, 2006.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: /s/ Paul Hart Smyth
_____
Paul Hart Smyth
Assistant U.S. Attorney

/s/ Mark Albano
_____
Attorney Mark Albano
Counsel for Defendant Howard


_____
Attorney Linda Thompson
Counsel for Defendant Cecchetelli