UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>    v. )<br>)<br>)<br>MICHAEL CECCHETELLI, )<br>and )<br>CHARLES HOWARD, )<br>    Defendants. ) | CRIMINAL NO. 05-30030-MAP |

**THE GOVERNMENT'S AND THE DEFENDANTS' STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(C)**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, Attorney Linda Thompson, counsel for Michael Cecchetelli, and, Attorney Mark Albano, counsel for Charles Howard, hereby submit the following status report pursuant to Local Rule 116.5(C) and Magistrate Judge Neiman's written orders.

    1.    The Government has provided or made available all of its discoverable information.  There are no outstanding discovery requests from either Defendant.

    2.    The Defendants do not intend to raise a defense of insanity or public authority.

    3.    The Defendants do not intend to offer an alibi as a defense to the indictment.

    4.    The Defendants do not intend to file any pretrial motions requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. P. 12(c).

    5.    The parties respectfully request a date for both

Defendants to enter a change of plea to the indictment.

    6.   As of February 10, 2006, no time has run on the Speedy Trial Clock.

    Filed this 23rd day of February, 2006.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

            By:  /s/ Paul Hart Smyth
                    _____
                    Paul Hart Smyth
                    Assistant U.S. Attorney

                    /s/ Mark Albano
                    _____
                    Attorney Mark Albano
                    Counsel for Defendant Howard


                    /s/ Linda Thompson
                    Attorney Linda Thompson
                    Counsel for Defendant Cecchetelli