UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
                              )    CRIMINAL NO. 05-cr-30030-MAP
                              )
           v.                 )
                              )
                              )
MICHAEL CECCHETELLI,          )
and                           )
CHARLES HOWARD,               )
     Defendants.              )
```

THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h), from February 10, 2006 through the date this Court schedules the Defendants' change of plea hearing.  On February 23, 2006, counsel for each of the defendants in the above-captioned case notified me that they were prepared to plead guilty to the indictment.  The parties will respectfully move for a Rule 11 hearing at the final status hearing on February 24, 2006.  In addition, the time from February 10 through February 24, 2006, should be excluded because Attorney Thompson and Defendant Cecchetelli needed this time period for a thorough review of the electronic evidence.

In these circumstances, the interests of justice, including the continuity of counsel, outweigh the usual interests in a speedy trial.  The government, therefore, requests that the time

period described above be excluded, pursuant to 18 U.S.C. §§ 3161(h)(8) and United States v. Santiago-Becerril, 130 F.3d 11, 20 (1st Cir. 1997).  It is in the best interests of the Defendant, the government, and the public, to exclude the time from February 10, 2006 through the date scheduled for a change of plea hearing, from the period within which the trial of this case must commence under the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Paul Hart Smyth
_____
Paul Hart Smyth
Assistant U.S. Attorney

Dated: February 23, 2006