UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>MICHAEL CECCHETELLI and )<br>CHARLES HOWARD, )<br>Defendants ) | Criminal Action No. 05-30030-MAP |

FINAL STATUS REPORT
February 24, 2006

NEIMAN, U.S.M.J.

In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. All discovery has been completed.

2. Change of plea hearings have been scheduled in Courtroom I for Michael Cecchetelli on March 3, 2006, at 3:00 p.m. and for Charles Howard on March 9, 2006, at 3:00 p.m.

3. The parties – and the court – agree that, as of February 24, 2006, no time has run on the Speedy Trial clock. A separate order shall issue.

4. There are no other matters relevant to the progress or resolution of this case.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge