```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-cr-30030-MAP |
| | ) | |
| | ) | |
| CHARLES HOWARD, | ) | |
| Defendant. | ) | |

**MOTION FOR A CONTINUANCE**
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts respectfully requests this Court to continue the scheduled Rule 11 Hearing for Defendant Howard from March 9, 2006 to a further date.  In support of this motion the Government and Defendant Howard have engaged in plea negotiations and the parties are optimistic that they will be submitting a written plea agreement to the Court.  The Government respectfully requests a continuance in order to finalize the inter-office plea approval procedure.  The parties request the Court to continue this hearing until one of the following dates: March 28, 29; April 10, 12, 13, 14 [2006].

Attorney Mark Albano has assented to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Paul Hart Smyth
       _____
       Paul Hart Smyth
       Assistant U.S. Attorney

Dated:    March 7, 2006