UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                CRIMINAL NO. 05-30030-MAP

CHARLES HOWARD

ORDER REGARDING REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

MAY 5, 2006

PONSOR, D.J.

Upon de novo review, the Report and Recommendation of Chief Magistrate Judge Kenneth P. Neiman dated April 13, 2006 is hereby ADOPTED, without objection. The plea is hereby accepted. The clerk is ordered to enter defendant's plea of guilty to Counts 1, 6 and 7 of the indictment into the records of the court as of this date, and to issue a procedural order scheduling the defendant for sentencing.

It is so ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U.S. DISTRICT JUDGE