UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )    Criminal No. 05-30030-MAP
                            )
                            )
         v.                 )
                            )
                            )
CHARLES HOWARD,             )
         Defendant.         )
```

MOTION FOR A CONTINUANCE

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, through the undersigned Assistant U.S. Attorney, respectfully requests this Court to continue this case from July 14, 2006 until a date on which the undersigned Assistant U.S. Attorney is available.

In support of this motion the parties submit that on June 21, 2006, the Court *sua sponte* continued the next scheduled hearing date from July 11 to July 17, 2006. The Undersigned Assistant U.S. Attorney is presently scheduled to begin a jury trial in front of District Court Judge Patti B. Saris on July 17, 2006. This trial was scheduled by Judge Saris on May 24, 2006.

The undersigned Assistant U.S. Attorney is available July 10, 11, 12, 13, and 25.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Paul Hart Smyth
_____
Paul Hart Smyth
Assistant U.S. Attorney

Dated: June 27, 2006